**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO. 5:01-CV-56WHB-JCS**

**1.37 ACRES OF LAND, MORE OR**
**LESS, ET AL.**                                                                  **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court *sua sponte* to enter a Final Judgment. This case was consolidated with Cause No. 5:01-cv-53 on November 30, 2004. Cause No. 5:01-cv-55 was also consolidated with No. 5:01-cv-53 on February 19, 2005. Cause No. 5:01-cv-53 became the lead case. A trial was held in this matter and a Final Judgment of Condemnation was entered in the lead case on October 3, 2005. A Final Judgment should have also been entered in this case and in 5:01-cv-55.

IT IS THEREFORE ORDERED that this cause is finally closed in accordance with the Final Judgment of Condemnation entered in Cause No. 5:01-cv-53 on October 3, 2005.

SO ORDERED this the 29th day of December, 2005.

                                        s/William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE